IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Union Central Life Insurance Company, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv147 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| John Balian, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 8, 2011 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 22, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss for lack of jurisdiction (Doc. 7) is **GRANTED.**  This case is **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court